IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-02654-REB-KMT


ALEX MEDINA,

      Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS, and
MARAGRET HEIL, in her individual and official capacity,

      Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff's Request for Status of the Case" (#11, filed February 19, 2009) is GRANTED. The
Clerk of Court is directed to send Plaintiff a copy of this minute order along with a copy of the
docket for this case.

Dated: March 3, 2009