IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–02654–REB–KMT

ALEX MEDINA,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS, and
MARGARET HEIL, in her individual and official capacity,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

Plaintiff's "Motion for Clarification and Enlargement of Time" is GRANTED. It has come to the court's attention that referral of the present motion was inadvertently overlooked. Plaintiff shall file a Response to the Motion to Dismiss no later than August 13, 2009.

Dated: July 23, 2009