IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–02654–REB–KMT

ALEX MEDINA,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS, and
MARGARET HEIL, in her individual and official capacity,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

This matter is before the court on "Plaintiff's Order/Show Cause and Justifiable Excuse" (#20, filed July 17, 2009) in response to this court's July 7, 2009 Order (#19). Having reviewed Plaintiff's submissions, it is apparent that Plaintiff has complied with the court's Order. Therefore, the court's July 7, 2009 Order (#19) is DISCHARGED.

In any event, Plaintiff is reminded of his continuing obligation to comply with the Order granting leave to proceed *in forma pauperis* (#2)—to either make the required monthly payments or to show cause each month why he has no assets and no means by which to make the monthly payment.

Dated: August 17, 2009