**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-02654-REB-KMT

ALEX MEDINA,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS, and
MARGARET HEIL, in her individual and official capacity,

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

This matter is before me on the following: (1) defendants' **Motion To Dismiss** [#16][1] filed March 9, 2009; and (2) the **Recommendation of United States Magistrate Judge** [#24] filed September 23, 2009.  The plaintiff did not file a response to the motion to dismiss.  No objections to the recommendation have been filed.  Therefore, I review the recommendation only for plain error.  *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).[2]  I have considered carefully the recommendation and the applicable case law.  The recommendation is detailed and well-reasoned.  Finding no error, much less plain error,

---

[1] "[#16]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] This standard pertains even though plaintiff is proceeding *pro se.* **Morales-Fernandez**, 418 F.3d at 1122.

in the magistrate judge's reasoning and recommended disposition, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

      **THEREFORE, IT IS ORDERED** as follows:

      1. That the **Recommendation of United States Magistrate Judge** [#24] filed September 23, 2009, is **APPROVED AND ADOPTED** as an order of this court;

      2. That the defendants' **Motion To Dismiss** [#16] filed March 9, 2009, is **GRANTED**;

      3. That under FED. R. CIV. P. 12(b)(6), the plaintiff's **Prisoner Complaint** [#3] filed December 8, 2008, is **DISMISSED WITH PREJUDICE**;

      4. That **JUDGMENT SHALL ENTER** in favor of the defendants, Colorado Department of Corrections and Margaret Heil, and against the plaintiff, Alex Medina;

      5. That the defendants are **AWARDED** their costs to be taxed by the Clerk of the Court pursuant to FED. R. CIV. P. 54(d)(1) and D.C.COLO.LCivR 54.1; and

      6. That this case is **DISMISSED**.

      Dated February 16, 2010, at Denver, Colorado.

      **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge